**Vincent WHEELER, Plaintiff— Appellant,**

v.

**Marie B. DE LA SIERRA; et al., Defendants—Appellees.**

No. 00–56232.

D.C. No. CV–99–9786–HLH.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 5, 2001 *.

Decided Nov. 14, 2001.

Before KLEINFELD, McKEOWN, and FISHER, Circuit Judges.

MEMORANDUM **

Vincent Wheeler appeals pro se the district court's judgment dismissing his action

* Because this panel unanimously finds this case suitable for decision without oral argument, Wheeler's request for oral argument is denied. *See* Fed. R.App. P. 34(a)(2).

for lack of diversity jurisdiction. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

We review de novo the existence of subject matter jurisdiction, and review for clear error the district court's findings of fact. *Nike, Inc. v. Comercial Iberica de Exclusivas Deportivas, S.A.,* 20 F.3d 987, 990 (9th Cir.1994).

Here, both defendants are citizens of California. Wheeler failed to demonstrate that he is a citizen of Nevada or any state other than California, even though the district court gave him an opportunity to do so. *See Lew v. Moss,* 797 F.2d 747, 749–50 (9th Cir.1986). Accordingly, the district court did not err by dismissing the action for lack of diversity jurisdiction. *See* 28 U.S.C. § 1332(a).

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.